# D<span style="font-variant:small-caps">e</span>S<span style="font-variant:small-caps">ena</span> & S<span style="font-variant:small-caps">weeney</span>, LLP

L<span style="font-variant:small-caps">ouis</span> J. D<span style="font-variant:small-caps">e</span>S<span style="font-variant:small-caps">ena</span>, E<span style="font-variant:small-caps">sq</span>.
R<span style="font-variant:small-caps">obert</span> P. S<span style="font-variant:small-caps">weeney</span>, E<span style="font-variant:small-caps">sq</span>.

*1383-32 Veterans Memorial Highway*
*Hauppauge, New York 11788*
*(631) 360-7333*

J<span style="font-variant:small-caps">ames</span> D. B<span style="font-variant:small-caps">ruckner</span>, E<span style="font-variant:small-caps">sq</span>.
L<span style="font-variant:small-caps">inda</span> M. C<span style="font-variant:small-caps">hetkof</span>, <span style="font-variant:small-caps">esq</span>.
C<span style="font-variant:small-caps">hristopher</span> J. L<span style="font-variant:small-caps">anigan</span>, E<span style="font-variant:small-caps">sq</span>.
S<span style="font-variant:small-caps">hawn</span> P. O'S<span style="font-variant:small-caps">haughnessy</span>, E<span style="font-variant:small-caps">sq</span>.
G<span style="font-variant:small-caps">reta</span> S. <span style="font-variant:small-caps">boldi</span>, E<span style="font-variant:small-caps">sq</span>.
D<span style="font-variant:small-caps">olores</span> M. I<span style="font-variant:small-caps">annarone</span>, <span style="font-variant:small-caps">esq</span>.
E<span style="font-variant:small-caps">lke</span> E. M<span style="font-variant:small-caps">irabella</span>, E<span style="font-variant:small-caps">sq</span>.

S<span style="font-variant:small-caps">tanford</span> K<span style="font-variant:small-caps">aplan</span>, E<span style="font-variant:small-caps">sq</span>.
E<span style="font-variant:small-caps">llen</span> M<span style="font-variant:small-caps">arcus</span>, E<span style="font-variant:small-caps">sq</span>.
*Of Counsel*

February 19, 2008

**Via ECF**

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Hon. Gerald Lynch

**RE:** Miller v Muto
**Civil Index No: 07 CV 9591**
Date of Loss: 4/25/07

Hon Lynch:

    This office represents the defendants in the above stated action. As you may recall, an Initial Conference was held on December 11, 2007. On said date, this office also prepared and subsequently served written discovery demands on plaintiff's counsel. Despite three (3) good faith letters, we have not received responses to any of our demands.

    Accordingly, we respectfully request a conference/conference call to address plaintiff's lack of compliance. A copy of this letter is being simultaneously provided to counsel via facsimile. Thank you.

Very truly yours,

Shawn P. O'Shaughnessy, Esq.

SPO:sid
CC: 718-405-2500 via Facsimile to Della, Mura & Ciacci, LLP