UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

JENYISA MILLER,

                Plaintiff,

-against-

KAREN MUTO and GARY P. MUTO,

                Defendants.
-------------------------------------------------x

07 Civ. 9591 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

GERARD E. LYNCH, <u>District Judge</u>:

    Defendants having informed the Court by letter dated February 20, 2008, that plaintiff has not responded to defendants' written discovery demands or subsequent letters regarding those demands, it is hereby:

    ORDERED that the parties appear before the Court on March 14, 2008, at 4:30 p.m.

SO ORDERED:

Dated: New York, New York
       March 3, 2008

                                                    GERARD E. LYNCH
                                               United States District Judge