# DeSena & Sweeney, LLP

LOUIS J. DeSENA, ESQ.
ROBERT P. SWEENEY, ESQ.

1383-32 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 360-7333

JAMES D. BRUCKNER, ESQ.
LINDA M. CHETKOF, ESQ.
CHRISTOPHER J. LANIGAN, ESQ.
SHAWN P. O'SHAUGHNESSY, ESQ.
GRETA S. BOLDI, ESQ.
DOLORES M. IANNARONE, ESQ.
ELKE E. MIRABELLA, ESQ.

STANFORD KAPLAN, ESQ.
ELLEN MARCUS, ESQ.
*Of Counsel*



March 4, 2008

**Via Facsimile (212) 805-0436**

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Hon. Gerald Lynch

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/08
```

**RE: Miller v Muto
Civil Index No: 07 CV 9591
Date of Loss: 4/25/07**

Hon Lynch:

This office represents the defendants in the above stated action. This afternoon I was able to speak with my adversary regarding the outstanding discovery. Additionally, the parties conferred and **respectfully request that the conference be changed from 4:30 p.m. on March 14, 2008 to 10:30 a.m. on March 21, 2008.** The reason for the change is that the undersigned is scheduled to be engaged in Supreme Court, Nassau County, for jury selection on March 14, 2008. ] *

Thank you.

Very truly yours,

Shawn P. O'Shaughnessy, Esq. (SO-6081)

SPO:sid
CC: 718-405-2500 via Facsimile to Della, Mura & Ciacci, LLP

* SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
3/4/08