UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JENYISA MILLER,

                    Plaintiff,

    -against-

KAREN MUTO and GARY P. MUTO,

                  Defendants.
-------------------------------------------------------x

07 Civ. 9591 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    For the reasons stated on the record in open court before the parties on March 21, 2008, it is hereby ORDERED that plaintiff is required to respond to defendants' discovery request dated December 14, 2007, by April 21, 2008. If plaintiff fails to respond by April 21, 2008, then the case will be dismissed for failure to prosecute. The parties are hereby directed to advise the Court by April 23, 2008, at the latest, whether plaintiff has complied with this order.

SO ORDERED.

Dated: New York, New York
       March 21, 2008

                                                            GERARD E. LYNCH
                                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08